IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| EAGLE 6 TECHNICAL SERVICES, LLC, a Florida Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>VICTOR NATIONAL HOLDINGS, INC., A Delaware corporation.<br><br>Defendant. | CASE NO.: 4:20–CV-183 |

### ORDER OF FINAL JUDGMENT BY DEFAULT
### AGAINST VICTOR NATIONAL HODLINGS, INC.

The Plaintiff's Motion for Default Final Judgment (Doc. 61) is GRANTED. Judgment shall be entered in favor of Plaintiff Eagle 6 Technical Services, LLC, and against Defendant, Victor National Holdings, Inc. in the total amount of $8,274,100.10, which includes amounts owed under the Prime Contract ($7,383,000.00), accrued interest ($807,234.25), and attorney's fees ($83,865.85), which shall bear interest at the legal rate, from the date of this judgment until paid. The last known address of Victor National Holdings, Inc. is 5547 Veterans Parkway Suite E, Columbus, Georgia 31904. The last known address of Eagle 6 Technical Services, LLC is 3218 East Colonial Ave, Suite G, Orlando, Florida 32803.

**SO ORDERED** this 19th day of July, 2022.

S/Clay D. Land
HONORABLE CLAY D. LAND
United States District Judge
Middle District of Georgia,
Columbus Division