IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| EAGLE 6 TECHNICAL SERVICES, LLC, a Florida Limited Liability Company, | * | |
| | * | |
| Plaintiff, | | Case No.  4:20-cv-183 |
| v. | * | |
| VICTOR NATIONAL HOLDINGS, INC., a Delaware corporation, | * | |
| | * | |
| Defendant. | | |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 19, 2022, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff Eagle 6 Technical Services, LLC, and against Defendant, Victor National Holdings, Inc., in the total amount of $8,274,100.10, which includes amounts owed under the Prime Contract ($7,383.000.00), accrued interest ($807,234.25), and attorney's fees ($83,865.85).  The amount shall accrue interest from the date of entry of judgment at the rate of 2.86 % per annum until paid in full.  Plaintiff shall also recover costs of this action.

This 19th day of July, 2022.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk